UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL ANTHONY WADE, JR.,

Petitioner,

v.

JERI BOE,

Respondent.

Case No. C20-0097-RAJ

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer to the petition, petitioner's response to respondent's answer, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted;

(2) Petitioner's petition for writ of habeas corpus (Dkt. 1) is DENIED, and this action is DISMISSED with prejudice;

ORDER DENYING PETITION FOR WRIT
OF HABEAS CORPUS - 1

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED; and

(4) The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable Mary Alice Theiler.

DATED this 21st day of June, 2021.

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING PETITION FOR WRIT
OF HABEAS CORPUS - 2