UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL ANTHONY WADE, JR.,

                Petitioner,

   v.

JERI BOE,

                Respondent.

Case No. C20-0097-RAJ

ORDER DENYING MOTION FOR EXTENSION OF TIME

This matter comes before the Court on Petitioner Michael Wade Jr.'s Motion for Extension of Time to File a Notice of Appeal. Dkt. # 22.

A party may move for an extension of time to file an appeal under Federal Rule of Appellate Procedure 4(a)(5). A district court may grant an extension if two conditions are met: (1) "a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires" and (2) that party shows "excusable neglect" or "good cause." Fed. R. App. P. 4(a)(5). If a court grants an extension under this rule, no extension may exceed "30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later." *Id*.

ORDER DENYING MOTION FOR EXTENSION OF TIME - 1

Here, judgment was entered on June 21, 2021. On July 20, 2021, Petitioner sought an extension. On October 22, 2021, this Court granted a 14-day extension to file a Notice of Appeal. Dkt. ## 17, 21. This moved the deadline for his notice of appeal to November 5, 2021. No extension under Rule 4(a)(5) may exceed 30 days after the expiration of the time originally prescribed by Rule 4(a), or 14 days after the date when the order granting the motion is entered, whichever is later. FED. R. APP. P. 4(a)(5)(C). Any further extension would exceed the time provided under Rule 4(a). Accordingly, the Court **DENIES** the motion for extension of time.

DATED this 5th day of August, 2022.

*(signature)*

HON. RICHARD A. JONES
United States District Judge

ORDER DENYING MOTION FOR EXTENSION OF TIME - 2